TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00717-CR

James Eddie Latham, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 3 OF TRAVIS COUNTY

NO. 394,906, HONORABLE DAVID CRAIN, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a judgment of conviction for driving while intoxicated. The
record does not contain a statement of facts and appellant has not filed a brief. At a hearing
ordered by this Court, appellant appeared with counsel and indicated that he wished to abandon
the appeal. Tex. R. App. P. 53(m), 74(l).

 The appeal is dismissed.

Before Justices Powers, Jones and B. A. Smith

Dismissed

Filed: August 14, 1996

Do Not Publish